JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Courtney Imrie*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY IMRIE,<br><br>                    Plaintiff,<br>vs.<br><br>HACHIMAN, LLC, a domestic limited liability company; and, PALOMINO CLUB, a domestic limited liability company,<br><br>                    Defendants. | Case No.: 2:19-cv-01556-GMN-BNW<br><br>**JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING RESOLUTION**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff Courtney Imrie ("Plaintiff") and Defendants Hachiman, LLC and Palomino Club, LLC (collectively the "Defendants"), by and through their respective counsel of record, hereby stipulate and request that this Court stay the above-captioned case for one-hundred eighty days (180) days, up to and including June 16, 2021. This Request for a stay is not sought for any improper purpose or other purpose of delay.  Rather, it is sought only to conserve the parties' and court's respective resources while the parties work on completing a structured settlement. In support of this Stipulation and Request, the parties state as follows:

1. Pursuant to the Stipulated Discovery Plan and Scheduling Order approved by the Court on October 19, 2020, and the parties' fourth request for an extension of discovery and related deadlines, approved by the Court on October 20, 2020 the current deadline for completion of discovery in this case is January 11, 2021. **ECF No. 28**.

2. In the fourth request for an extension of the discovery period, the parties informed the Court they were working on resolving this matter before investing additional resources in taking depositions and summary judgment practice . **Id.** Since that time, the parties have worked amicably, diligently, and creatively to achieve a resolution acceptable to each.

3. On December 17, 2020, the parties reached a settlement in theory and are moving forward with drafting the settlement agreement. The settlement is structured and the parties anticipate that it will take approximately six-months to complete.[1]

** REMAINDER OF PAGE INTENTIONALLY LEFT BLANK **

---

[1] If the Court requests further information regarding the parties' settlement efforts, the parties are willing to file a confidential supplement for *in camera* review.

WHEREFORE, the parties respectfully request that this Court stay this matter for one-hundred eighty days (180) days, up to and including June 16, 2021.

DATED this 18th day of December 2020.

Respectfully submitted,

| KEMP AND KEMP | KAMER ZUCKER ABBOTT |
|---|---|
| By:    /s/ Victoria L. Neal <br> James P. Kemp, Esq., #6375 <br> Victoria L. Neal, Esq., #13382 <br> 7435 West Azure Drive, Suite 110 <br> Las Vegas, Nevada 89130 <br> Tel: (702) 258-1183 <br> Fax: (702) 258-6983 <br><br> Attorneys for Plaintiff <br> Courtney Imrie | By:    /s/ Dare E. Heisterman <br> R. Todd Creer Esq., #10016 <br> Dare E. Heisterman, Esq., #14060 <br> 3000 West Charleston Blvd, Suite 3 <br> Las Vegas, Nevada 89102 <br> Tel: (702) 259-8640 <br> Fax: (702) 259-8646 <br><br> Attorneys for Defendants <br> Hachiman, LLC and <br> Palomino Club, LLC |

**IT IS SO ORDERED.**

Dated this __11__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT