KAMER ZUCKER ABBOTT
R. Todd Creer         #10016
Dare E. Heisterman    #14060
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendants
Hachiman, LLC and Palomino Club, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY IMRIE, ) | Case No. 2:19-cv-01556-GMN-BNW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| HACHIMAN, LLC, a domestic limited ) | |
| liability company; and, PALOMINO CLUB, ) | |
| LLC, a domestic limited liability company, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 28th day of May, 2021.                    DATED this 28th day of May, 2021.

KEMP AND KEMP                                        KAMER ZUCKER ABBOTT

By:   /s/ Victoria L. Neal                           By:   /s/ Dare E. Heisterman
      James P. Kemp          #6375                         R. Todd Creer          #10016
      Victoria L. Neal       #13382                        Dare E. Heisterman     #14060
      7435 West Azure Drive, Suite 110                     3000 West Charleston Blvd., Suite 3
      Las Vegas, Nevada 89130                              Las Vegas, Nevada 89102
      Tel:   (702) 258-1183                                Tel:   (702) 259-8640
      Fax:   (702) 258-6983                                Fax:   (702) 259-8646

      Attorneys for Plaintiff                              Attorneys for Defendants
      Courtney Imrie                                       Hachiman, LLC and Palomino Club, LLC

## ORDER

**IT IS SO ORDERED.**

Date: _____          _____
                                       UNITED STATES DISTRICT JUDGE