KAMER ZUCKER ABBOTT
R. Todd Creer          #10016
Dare E. Heisterman     #14060
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
dheisterman@kzalaw.com

Attorneys for Defendants
Hachiman, LLC and Palomino Club, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY IMRIE, ) | Case No. 2:19-cv-01556-GMN-BNW |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| vs. ) | **DISMISSAL WITH PREJUDICE** |
| ) | |
| HACHIMAN, LLC, a domestic limited ) | |
| liability company; and, PALOMINO CLUB, ) | |
| LLC, a domestic limited liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise provided.

DATED this 28th day of May, 2021.　　　　　　　DATED this 28th day of May, 2021.

KEMP AND KEMP　　　　　　　　　　　　　KAMER ZUCKER ABBOTT

By:   /s/ Victoria L. Neal  　　　　　　　　By:   /s/ Dare E. Heisterman  
    James P. Kemp　　　#6375　　　　　　　　　R. Todd Creer　　　#10016
    Victoria L. Neal　　　#13382　　　　　　　　Dare E. Heisterman　#14060
    7435 West Azure Drive, Suite 110　　　　　　3000 West Charleston Blvd., Suite 3
    Las Vegas, Nevada 89130　　　　　　　　　Las Vegas, Nevada 89102
    Tel:　(702) 258-1183　　　　　　　　　　　Tel:　(702) 259-8640
    Fax:　(702) 258-6983　　　　　　　　　　　Fax:　(702) 259-8646

    Attorneys for Plaintiff　　　　　　　　　　　Attorneys for Defendants
    Courtney Imrie　　　　　　　　　　　　　Hachiman, LLC and Palomino Club, LLC

**IT IS SO ORDERED.**

Dated this  1  day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT